**Wanda HUNT, Plaintiff—Appellant,**

v.

**GREENVILLE COUNTY, SOUTH CAROLINA; Womble, Carlyle, Sandridge And Rice; Greenville County, Sheriff's Department, Defendants—Appellees.**

No. 08–2348.

United States Court of Appeals, Fourth Circuit.

Submitted: April 16, 2009.

Decided: April 20, 2009.

Wanda Hunt, Appellant pro se. Christopher R. Antley, Devlin & Parkinson, PA, Greenville, South Carolina; Michael J. Bogle, Samuel W. Outten, Womble, Carlyle, Sandridge & Rice, Greenville, South Carolina, for Appellees.

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wanda Hunt appeals the district court's order accepting the recommendations of the magistrate judge and denying relief on her 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *Hunt v. Greenville County*, No. 6:08–cv–857–HFF, 2008 WL 4844756 (D.S.C. Nov. 7, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*